### SISTRUNK *v.* WEYMAN-CONNORS *et al.*

PER CURIAM. 1. Inasmuch as no extraordinary relief was prayed, the petition did not require the sanction of the judge prior to its filing, under the Code of 1933, § 81-112 (Code of 1910, § 5545); *Dougherty* v. *Fouché*, 149 *Ga.* 608 (101 S. E. 578).

2. The refusal of the judge to order the petition filed was not a final judgment that could be reviewed by the Supreme Court. Code of 1933, § 6-701 (Code of 1910, § 6138).

*Writ of error dismissed. All the Justices concur.*

GILBERT, J., concurs specially.

No. 10514. MARCH 25, 1935.

*J. E. Sistrunk,* for plaintiff.